431 A.2d 277

**COMMONWEALTH of Pennsylvania**

v.

**Withers PONTON, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 21, 1981.

Decided July 8, 1981.

Steven R. Geroff, Philadelphia, for appellant.

Robert B. Lawler, Garold Tennis, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION OF THE COURT

PER CURIAM:

The order of the Court of Common Pleas of Philadelphia denying appellant's petition for relief under the Post Conviction Hearing Act, 19 P.S. § 1180–1 et seq., is affirmed on the opinion of Judge Gafni.